O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES HENDERSON, | Case No. 2:18-cv-09212-PSG (KES) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RALPH DIAZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 20). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 23) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice for failure to exhaust state remedies.

DATED: May 16, 2019

_____
Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE