JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>    Respondent. | Case No. 2:18-cv-09212-PSG (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to exhaust state remedies.

DATED: May 16, 2019

_____
Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE